

# NUMBER 13-19-00454-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

| | |
|---|---|
| **JAMES M. BEGGS, LYNDA LANDERS, AND BEGGS LANDERS LAW FIRM, PLLC,** | **Appellants,** |
| **v.** | |
| **CLARK, LOVE & HUTSON, PLLC, AND CLARK, LOVE & HUTSON, G.P.,** | **Appellees.** |

---

### On appeal from the 23rd District Court of Wharton County, Texas.

---

# ORDER

### Before Justices Benavides, Longoria, and Perkes
### Order Per Curiam

This cause is before the Court on appellants' unopposed motion to stay proceedings in the trial court pending their interlocutory appeal of the trial court's grant of a temporary injunction pursuant to § 51.014 (a)(4). *See* TEX. CIV. PRAC. & REM. CODE

ANN. § 51.014 (a)(4). This Court, having fully examined and considered appellants' motion is of the opinion that, in the interest of justice, appellants' unopposed motion to stay the trial and all other proceedings in the trial court is GRANTED and the trial of this matter is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
13th day of November, 2019.